**JF**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET P. TOURTELLOTTE, KARLA KRIEGER, ASHLEY C. HISER, ANA V. REYES, and JENNIFER A. KOVER<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY and TIMOTHY ROWLAND,<br><br>Defendants. | No. 08-CV-__09____774____ |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

The nongovernmental corporate party, Eli Lilly and Company, in the above listed civil action, does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

_____
Miriam S. Edelstein, Esq. (Pa. Id. No. 204557)
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

Counsel for Defendant,
Eli Lilly and Company

Dated: February 23, 2009

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of February, 2009, I caused a true and correct copy of the foregoing Corporate Disclosure Statement Pursuant to Rule 7.1 to be served *via* first class U.S. mail upon the following counsel record:

>Gregg L. Zeff
>FROST & ZEFF
>Pier 5 at Penn's Landing
>7 North Columbus Boulevard
>Philadelphia, PA 19106-1492
>*Attorney for Plaintiffs*

>Dean R. Phillips
>ELLIOT GREENLEAF
>Union Meeting Corporate Center
>925 Harvest Drive, Suite 300
>Blue Bell, PA 19422-1956
>*Attorney for Defendant Timothy Rowland*

Miriam S. Edelstein