IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET P. TOURTELLOTTE, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ELI LILLY AND COMPANY, et al. | : | NO. 09-cv-00774-JF |

ORDER

AND NOW, this 19th day of May 2010, IT IS ORDERED:

That paragraph 4 of this Court's Order dated April 28, 2010, (Dkt. No. 64) is hereby VACATED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.