IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET P. TOURTELLOTTE, KARLA KRIEGER, ASHLEY C. HISER, and ANA V. REYES, | : : : : : | |
| Plaintiffs, | : : | No. 09-CV-0774 |
| v. | : : | **FILED** |
| ELI LILLY AND COMPANY and TIMOTHY ROWLAND, | : : : : | MAR - 8 2012 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk |
| Defendants. | : : | |

### PARTIES' STIPULATION REGARDING REMAINING DEPOSITIONS

All parties, by counsel, stipulate as follows:

1.  By prior order of the Court, the depositions of Dr. Robert Wolf, Dr. Amy Alfred, and Miriam Hyde-Sullivan are to take place within thirty (30) days following the later of: (a) the Court's ruling on Lilly's Third Motion to Compel; or (b) Plaintiffs' production of all expert discovery and/or disclosure information required to be produced under the Court's ruling on Lilly's Third Motion to Compel. Order Granting Defendant Lilly's Motion To Extend Its Deadline for Depositions (May 19, 2011) (Record No. 121). That same order expressly contemplated the possibility that the parties may agree to a different deadlines for the above identified depositions. Id.

2.  The Court granted Lilly's Third Motion to Compel on January 19, 2012 (Record No. 129), and Plaintiff produced the relevant required information on February 16, 2012. Accordingly, the foregoing depositions are currently due to be completed by March 19, 2012.

3. Lilly's Motions for Summary Judgment as to each Plaintiff's claims are fully briefed and remain pending before the Court (Record Nos. 94-96, 98, 100, 104-08, 111-16). The parties agree that their resources will be best utilized by scheduling the foregoing depositions, as needed, after and based on the Court's summary judgment rulings.

4. Accordingly, the parties agree to conduct the depositions of Dr. Robert Wolf, Dr. Amy Alfred, and Miriam Hyde-Sullivan within forty-five (45) days following the Court's ruling on all of Lilly's motions for summary judgment, or by such other deadline as the Court may establish.

5. Currently, there are no trial dates established in this matter. Accordingly, the extension agreed to above will not delay or otherwise impact trial.

SO STIPULATED THIS 5th DAY OF MARCH, 2012:

| LAW OFFICE OF GREGG L. ZEFF | BAKER & DANIELS LLP |
|---|---|
| By: /s/Gregg L. Zeff (w/permission)<br>Gregg L. Zeff<br>Drake P. Bearden, Jr.<br>100 Century Parkway #305<br>Mount Laurel, NJ 08054<br>gzeff@glzefflaw.com<br>dbearden@glzefflaw.com<br><br>*Attorneys for Plaintiffs* | By: /s/Joseph C. Pettygrove<br>Ellen E. Boshkoff, admitted *pro hac vice*<br>Craig M. Borowski, admitted *pro hac vice*<br>Joseph C. Pettygrove, admitted *pro hac vice*<br>300 N. Meridian, Suite 2700<br>Indianapolis, IN 46204<br>Phone: (317) 237-0300<br>Fax: (317) 237-1000<br>ellen.boshkoff@bakerd.com<br>craig.borowski@bakerd.com<br>joseph.pettygrove@bakerd.com |
| ELLIOTT GREENLEAF<br><br>By: /s/ \Deborah H. Simon (w/permission)<br>Deborah H. Simon<br>Dean R. Phillips<br>Union Meeting Corporate Center<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422-1956<br>drp@elliottgreenleaf.com<br>dhs@elliottgreenleaf.com<br><br>*Attorneys for Defendant Timothy Rowland* | Miriam Edelstein (Pa. Id. No. 204557)<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br>(215) 851-8100<br>medelstein@reedsmith.com<br><br>*Attorneys for Defendant Eli Lilly and Company* |

Pursuant to the stipulation of the Parties, IT IS SO ORDERED:

Dated: __March 7__, 2012    By: __Denise B Tucher__
                                                  UNITED STATES DISTRICT JUDGE