# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOURTELLOTTE ET AL.,<br>            Plaintiffs,<br><br>     v.<br><br>ELI LILLY AND COMPANY ET AL.,<br>            Defendants. | :<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 09-0774<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this _____ day of April, 2013, upon consideration of Defendant's Renewed Motion for Summary Judgment as to all claims by Plaintiff Ashley Hiser (Doc. 96), and all responses thereto, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

                                                                                **BY THE COURT:**

                                                                                /s/ Petrese B. Tucker
                                                                                _____
                                                                                **Hon. Petrese B. Tucker, U.S.D.J.**