# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TOURTELLOTTE ET AL., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | NO. 09-0774 |
| ELI LILLY AND COMPANY ET AL., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of April, 2013, upon consideration of Defendant's Renewed Motion for Summary Judgment as to all claims by Plaintiff Ana Reyes (Doc. 95), and all responses thereto, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED in part and DENIED in part** as follows:

1. Defendant's Motion for Summary Judgment is denied with respect to Plaintiff's retaliation claim; and

2. Defendant's Motion for Summary Judgment is granted with respect to all other claims.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**