# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOURTELLOTTE ET AL., <br> **Plaintiffs,** <br><br> v. <br><br> ELI LILLY AND COMPANY ET AL., <br> **Defendants.** | CIVIL ACTION <br><br> NO. 09-0774 |

## ORDER

**AND NOW**, this _____ day of April, 2013, upon consideration of Defendant's Renewed Motion for Summary Judgment as to all claims by Plaintiff Karla Krieger (Doc. 94), and all responses thereto, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.