**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TOURTELLOTTE ET AL.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 09-0774** |
| **ELI LILLY AND COMPANY ET AL.,** | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

     **AND NOW**, this _____ day of April, 2013, upon consideration of Defendant's Renewed Motion for Summary Judgment as to all claims by Plaintiff Margaret Tourtellotte (Doc. 97), and all responses thereto, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

                                            **BY THE COURT:**

                                            **/s/ Petrese B. Tucker**

                                            **_____**

                                            **Hon. Petrese B. Tucker, U.S.D.J.**