UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
JUL 11 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

MARGARET P. TOURTELLOTTE,
KARLA KRIEGER, ASHLEY C.
HISER, and ANA V. REYES,

    Plaintiffs,

v.

ELI LILLY AND COMPANY and
TIMOTHY ROWLAND,

    Defendants.

No. 09-CV-0774

**ORDER GRANTING ALTERNATIVE RELIEF REQUESTED IN DEFENDANT LILLY'S FOURTH MOTION TO COMPEL AND MOTION FOR SANCTIONS**

    The Court, having considered Defendant Eli Lilly and Company's Fourth Motion To Compel And Motion For Sanctions and being duly advised, finds that the **ALTERNATIVE RELIEF** requested in the Motion should be **GRANTED**. No later than _August 9_, 2014, Plaintiff shall supplement her discovery responses by 1) identifying her primary care physicians before and after Dr. Solon; (2) identifying the therapists referenced in Dr. Martinez-Thorne's report and records; (3) identifying any other medical or mental health care providers she has seen since January 1, 1999, but not previously disclosed; and (4) for any newly identified health care providers, executing authorizations for the release of their records. Plaintiff shall also make herself available for a supplemental deposition at a time mutually convenient to all parties but no later than 45 days from the date of this order.

    Plaintiff is further ordered to pay Lilly's reasonable fees and expenses incurred in bringing its Fourth Motion to Compel. Lilly shall submit documentation reflecting same within fourteen (14) days of the date of this Order, and Plaintiffs' payment thereof will be governed by separate order issued after the Court's review of Lilly's submission. Failure to comply with this Order may result in further sanctions.

Date: July 9, 2014

Judge, United States District Court

**Copies to:**

Ellen E. Boshkoff, admitted *pro hac vice*
Craig M. Borowski, admitted *pro hac vice*
Joseph C. Pettygrove, admitted *pro hac vice*
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
ellen.boshkoff@bakerd.com
craig.borowski@bakerd.com
joseph.pettygrove@bakerd.com

Jocelyn L. Womack, #308345
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-4627
jwomack@morganlewis.com

Gregg L. Zeff
LAW OFFICE OF GREGG L. ZEFF
100 Century Parkway #305
Mt. Laurel, NJ 08054
gzeff@glzefflaw.com

Dean R. Phillips
Deborah Simon
ELLIOTT GREENLEAF
Union Meeting Corporate Center
925 Harvest Drive, Suite 300
Blue Bell, PA 19422-1956
dhs@elliottgreenleaf.com
drp@elliottgreenleaf.com

US.54223577.01