IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA REYES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ELI LILLY AND CO. | : | FILED |
| | : | DEC 16 2014 |
| | : | MICHAEL E. KUNZ, Clerk |
| | | By_____ Dep. Clerk |
| | NO. 09-774 | |

CIVIL JUDGMENT

Before the Honorable Petrese B. Tucker, Chief Judge

       AND NOW, this 16th day of December, 2014, in accordance with the jury's verdict,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendant and against plaintiff.

BY THE COURT

ATTEST:

*Michael Owens* (signature)

Michael Owens
Deputy Clerk

Civ 1 (8/80)