**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| MARGARET TOURTELLOTTE, et al. | : | |
|  | : | |
| *Plaintiff,* | : | |
|  | : | DOCKET NO. 09-cv-0774 |
| v. | : | |
|  | : | |
| ELI LILLY AND COMPANY, et al. | : | Civil Action |
|  | : | |
| *Defendants.* | : | |
|  | : | |

## ORDER

AND NOW, this _____ day of _____, 2015, upon consideration of Defendant's Bill of Costs, and Plaintiff's Response thereto, it is hereby ORDERED and DECREED, that Plaintiff be granted relief from the payment of costs to Defendant.

                                          _____

                                                                                                 J.

ZEFF LAW FIRM, LLC
Gregg L. Zeff, Esquire
Jennifer L. Prior, Esquire
Alexandra M. McGee, Esquire
100 Century Parkway, Suite 305
Mt. Laurel, NJ 08054
(856) 778-9700
jprior@glzefflaw.com                                                         *Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET TOURTELLOTTE, et al. : | |
| : | |
| *Plaintiff,* : | |
| : | DOCKET NO. 09-cv-0774 |
| v. : | |
| : | |
| ELI LILLY AND COMPANY, et al. : | Civil Action |
| : | |
| *Defendants.* : | |
| : | |

## PLAINTIFF ANA REYES' MOTION FOR RELIEF FROM COSTS

Plaintiff Ana Reyes, by and through her attorneys Zeff Law Firm, LLC, hereby submits this Motion for Relief from Costs billed by Defendant Eli Lilly and Company, and in support, avers as follows:

1. This Court dismissed all Plaintiffs' claims on summary judgment in this matter, with the exception of Plaintiff Ana Reyes' retaliation claim, on April 16, 2013. (Docs. Nos. 136, 138, 140, 142).

2. A trial was held on Plaintiff Ana Reyes' retaliation claim, from Dec 8th to 16th, 2014.

3. The jury rendered a verdict in favor of Defendant, and the Court entered Judgment on December 16, 2014. (Doc. No. 211).

4. On January 20, 2015, Defendant filed a Bill of Costs, for $37,096.65. (Doc No. 214).

5. Prior to trial, Plaintiff Ana Reyes' house was foreclosed upon. (See Eviction letter, attached hereto as Exhibit A).

6. Also prior to trial, Plaintiff was forced to file for bankruptcy. (See Bankruptcy petition, attached hereto as Exhibit B).

7. While Fed.R.Civ.P. 54(d)(1) allows the court to award case costs to the prevailing party, "a number of courts have held that good faith, combined with a showing of indigency, is sufficient to overcome the presumption." *Moore v. Philadelphia,* 1987 U.S. Dist. LEXIS 7612 (E.D. Pa. Aug. 19, 1987)(citing *Poe v. John Deere Co.*, 695 F.2d 1103, 1108 (8th Cir. 1982)).

8. Plaintiff litigated this suit in good faith, and due to Plaintiff's poor financial hardships, she is unable to pay Defendant's Bill of Costs.

WHEREFORE, Plaintiff requests this Honorable Court grant relief from awarding costs to Defendant.

                        Respectfully submitted,

                        ZEFF LAW FIRM, LLC

                        */s/   Jennifer L. Prior*
                        Gregg L. Zeff
                        Jennifer L. Prior
                        *Attorneys for Plaintiff*

Date: January 28, 2015

ZEFF LAW FIRM, LLC
Gregg L. Zeff, Esquire
Jennifer L. Prior, Esquire
Alexandra M. McGee, Esquire
100 Century Parkway, Suite 305
Mt. Laurel, NJ 08054
(856) 778-9700
jprior@glzefflaw.com                                                *Attorneys for Plaintiff*


ZEFF LAW FIRM, LLC
Gregg L. Zeff, Esquire
Jennifer L. Prior, Esquire
Alexandra M. McGee, Esquire
100 Century Parkway, Suite 305
Mt. Laurel, NJ 08054
(856) 778-9700
jprior@glzefflaw.com                                         *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARGARET TOURTELLOTTE, et al. : | |
| : | |
| *Plaintiff,* : | |
| : | DOCKET NO. 09-cv-0774 |
| v. : | |
| : | |
| ELI LILLY AND COMPANY, et al. : | Civil Action |
| : | |
| *Defendants.* : | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION FOR RELIEF FROM COSTS**

This Court dismissed all Plaintiffs' claims on summary judgment in this matter, with the exception of Plaintiff Ana Reyes' retaliation claim, on April 16, 2013. (Docs. Nos. 136, 138, 140, 142). A trial was held on Plaintiff Ana Reyes' retaliation claim, from Dec 8th to 16th, 2014. The jury rendered a verdict in favor of Defendant, and the Court entered Judgment on December 16, 2014. (Doc. No. 211). On January 20, 2015, Defendant filed a Bill of Costs, for $37,096.65. (Doc No. 214).

While Fed.R.Civ.P. 54(d)(1) allows the court to award case costs to the prevailing party, "a number of courts have held that good faith, combined with a showing of indigency, is sufficient to overcome the presumption." *Moore v. Philadelphia,* 1987 U.S. Dist. LEXIS 7612 (E.D. Pa. Aug. 19, 1987)(citing *Poe v. John Deere Co.*, 695 F.2d 1103, 1108 (8th Cir. 1982)).

The court in *Moore* found that the plaintiff did not have the resources to pay $4,000 of taxed costs, because his assets only exceeded his liabilities by $8,000. *Moore,* 1987 U.S. Dist. LEXIS 7612 at 2-3.  In the instant case, prior to trial, Plaintiff's house was foreclosed upon, and she was also forced to file for bankruptcy.   Had Plaintiff prevailed, she would have been forced to give any award to compensate for her debt discharged through bankruptcy.

Regarding the requirement that the plaintiff bring the suit in good faith, in *Moore,* the court found that despite the verdict in favor of the defendant, that the plaintiff honestly believed he was a victim of race discrimination. *Id.* at 3.  The Court believed plaintiff's claims had merit, despite a finding that Defendant's failure to promote plaintiff was the result of bureaucratic process.  *Id.*   In the instant case, this Court wrote in its opinion denying summary judgment in part against Plaintiff, that Plaintiff established a prima facie case for retaliation.  (Doc No. 137 at 20).  Thus, like in *Moore,* despite the verdict, Plaintiff's claims had merit.

In conclusion, Plaintiff litigated this suit in good faith, and due to Plaintiff's poor financial hardships, she is unable to pay Defendant's Bill of Costs.  Wherefore, Plaintiff requests this Honorable Court grant relief from awarding costs to Defendant.

Respectfully submitted,

ZEFF LAW FIRM, LLC

*/s/   Jennifer L. Prior*
Gregg L. Zeff
Jennifer L. Prior
Alexandra McGee
*Attorneys for Plaintiff*

Date: January 28, 2015

## **CERTIFICATE OF SERVICE**

I, Jennifer L. Prior, hereby certify, that on this 28th day of January, 2015, I caused a true and correct copy of Plaintiff's Motion for Relief from Costs, to be served on the below counsel via ECF:

Joseph C. Pettygrove, Esq.
Ellen E. Boshkoff, Esq.
Amanda L. Shelby, Esq.
Faeger Baker Daniels, LLP
300 N. Meridian, Suite 2700
Indianapolis, IN 46204
Amanda.Shelby@FaegreBD.com
Joseph.Pettygrove@faegrebd.com
Ellen.Boshkoff@faegrebd.com

ZEFF LAW FIRM, LLC

*/s/        Jennifer L. Prior*
Jennifer L. Prior, Esq.

# EXHIBIT A

**PHELAN HALLINAN, LLP**
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Fax: 215-563-4491

February 12, 2014

Re:  9620 CONVENT AVENUE, PHILADELPHIA, PA 19114-3604
     Freddie Mac Loan No.: 375160116;  HomeSteps Assets,
     No.: 1114480

To All Occupants:

Federal Home Loan Mortgage Corporation, commonly known as Freddie Mac, now owns the property described above as the result of a foreclosure. We have been retained to proceed with an eviction proceeding to obtain possession of the property. If you are a bona fide tenant as described under Title VII of the "Helping Families Save Their Homes Act of 2009" and can provide a copy of your current lease agreement or other evidence of tenancy, please contact our office immediately, so your lease can be reviewed and determined eligible under the Act.

If you are not a bona fide tenant or unable to provide evidence of a prior lease agreement, you still have the following options available to you prior to the initiation of the eviction proceedings.

1. **Relocation Assistance:**
   If you agree to vacate the property, we will offer you cash towards relocation expenses. This amount is subject to the property being vacated within a stated timeframe. Only one payment per household is provided for relocation assistance, regardless of the number of occupants. The property must be vacated by all occupants and be in broom clean condition, free of interior and exterior trash and debris, and all personal belongings must be removed from the property. The attached Stipulation outlines the amount to be paid and timeframe required. All adults currently occupying the property must sign the Stipulation; this will legally obligate you to vacate the property.

2. **Month-to-Month Lease:**
   You may have the option of remaining in the property on a new month-to-month lease. To qualify for this option, you must:

   - demonstrate the ability to pay the market rent
   - allow an inspector to enter and inspect the property
   - sign a separate lease agreement
   - sign a property condition disclosure at the time of the inspection
   - allow future showings of the property to prospective buyers and real estate agents

In addition, the subject property must be in good condition and meet state and local code qualifications, and be free of any environmental or health hazard. Contact our office if you are interested in this option.

If we do not have a response from you within Ten (10) days of this correspondence, we will continue with the eviction process.

**RELOCATION ASSISTANCE AGREEMENT**

Reyes Supplemental000108

# EXHIBIT B

B1 (Official Form 1)(12/11)

## United States Bankruptcy Court
### Eastern District of Pennsylvania

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Reyes, Ana V | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| xxx-xx-4238 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 9620 Convent Avenue Philadelphia, PA      ZIP Code 19114 | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Philadelphia | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Reyes Supplemental000180

B1 (Official Form 1)(12/11)

Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Reyes, Ana V |  |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X /s/ David M. Offen**        **December 4, 2012** <br> Signature of Attorney for Debtor(s)        (Date) <br> **David M. Offen** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Reyes, Ana V |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ana V Reyes**
Signature of Debtor  **Ana V Reyes**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 4, 2012**
Date

### Signature of Attorney*

X **/s/ David M. Offen**
Signature of Attorney for Debtor(s)

**David M. Offen**
Printed Name of Attorney for Debtor(s)

**Law Offices of David M. Offen**
Firm Name

**Suite 160 West - The Curtis Center
601 Walnut Street
Philadelphia, PA 19106**
Address

**215-625-9600**
Telephone Number

**December 4, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*