UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-1090

MARGARET P. TOURTELLOTTE; KARLA KREIGER;
ASHLEY C. HISER; ANA V. REYES; JENNIFER A. KOVER

v.

ELI LILLY AND COMPANY; TIMOTHY ROWLAND

MARGARET P. TOURTELLOTTE; KARLA KREIGER;
ASHLEY C. HISER; ANA V. REYES,
                                                         Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2:09-cv-00774)
District Judge: Honorable Petrese B. Tucker

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
December 7, 2015

Before: FUENTES, SHWARTZ, and VAN ANTWERPEN, Circuit Judges.

JUDGMENT

This cause came to be considered on the record from the District Court for the

Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR

34.1(a) on December 7, 2015.

FILED
FEB - 4 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the JUDGMENTS of the District Court entered April 16, 2013, April 17, 2013, and January 29, 2014 are AFFIRMED. All of the above in accordance with the foregoing Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron,

Clerk

Dated: January 13, 2016

Certified as a true copy and issued in lieu of a formal mandate on __02/04/2016__

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**