

**Gregg L. Zeff, Esquire**
**Eva C. Zelson, Esquire**
**Derek J. Demeri, Esquire**
*\*Member of PA and NJ Bars*

100 Century Parkway
Suite 160
Mt. Laurel, NJ 08054
P: (856) 778-9700
F: (609) 534-0992

October 22, 2021

**VIA ECF**
United States District Court
Eastern District of Pennsylvania
Attn:   Kate Barkman, Clerk of Court
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

    **Re:**       **Tourtellotte, et al. v. Eli Lilly and Company, et al.**
    **Docket No:**   **2:09-cv-0774**

Dear Ms. Barkman:

    I represent the Plaintiffs with regard to the above-titled matter. In response to the Court's letter filed August 24, 2021 (ECF 233), Plaintiffs wish to address this significant disclosure in further detail before another Judge. As such, Plaintiffs request this matter be re-assigned to a Judge for further proceedings.

    Respectfully yours,

    Gregg L. Zeff, Esquire
    *Attorneys for Plaintiffs*

cc:    All counsel of record via ECF