IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET P. TOURTELLOTTE, et al | : | CIVIL ACTION |
| v. | : | |
| ELI LILLY AND COMPANY, et al | : | NO.: 09-cv-00774 |

**O R D E R**

**AND NOW**, this **25TH** day of **OCTOBER 2021**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Petrese B. Tucker, to the calendar of the Honorable Karen Spencer Marston.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_____
**KATE BARKMAN**
**Clerk of Court**