# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET P. TOURTELLOTTE, ET AL.** | : : : | |
| v. | : : | CIVIL ACTION NO. 09-774 |
| **ELI LILLY AND COMPANY** | : | |

## ORDER

This 15th day of November, 2021, Plaintiffs having requested reassignment in response to this Court's notice of August 24, 2021, it is hereby **ORDERED** that Plaintiffs shall file any submission they wish to be considered by the Court within 21 days of this Order.

                                                                                                                             /s/ Gerald Austin McHugh
                                                                                                                             United States District Judge