**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARGARET P. TOURTELLOTTE,** | : | |
| **ET AL.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 09-774** |
| | : | |
| **ELI LILLY AND COMPANY** | : | |

## ORDER

This 7th day of December, 2021, it is hereby **ORDERED** that an extension of time is

**GRANTED** until **January 10, 2022**, for Plaintiffs to file any submission they wish to be

considered by the Court following their request for reassignment of this case in their letter dated

October 22, 2021 (ECF #234).

    /s/ Gerald Austin McHugh
United States District Judge