## Judge McHugh

**From:** Judge McHugh
**Sent:** Monday, January 10, 2022 4:16 PM
**To:** Judge McHugh
**Subject:** FW: Tourtellotte, Reyes, et al v. Eli Lilly

**From:** Patricia Clark <Patricia_
**Sent:** Monday, January 10, 2022 3:25 PM
**To:** Judge McHugh <
**Subject:** FW: Tourtellotte, Reyes, et al v. Eli Lilly

**From:** Maggie Ceff
**Sent:** Monday, January 10, 2022 3:21 PM
**To:** Chambers of Judge Gerald A McHugh <Chambers_of_Judge_Gerald_McHugh@paed.uscourts.gov>
**Cc:** Maggie Tourtellotte Gregg Zeff <gzeff@glzefflaw.com>; Christian Henry
**Subject:** Tourtellotte, Reyes, et al v. Eli Lilly

**CAUTION - EXTERNAL:**

Your Honor:

We are writing on behalf of our current outstanding issue with the PA Courts.

Ana and I were given notice that we can have our case heard again, and found out you are the judge assigned to our case. At this time, we have not been able to get a response from our previous attorney, Gregg Zegg, on who may be able to take his place representing us going forward. With the holidays and illnesses, it's been proving difficult to get people on the phone.

We would like to request an extension to find new counsel, please. We are not certain how to procedd and have not had legal counsel on the matter.

If you would allow us until February 15, 2022, we will inform you of who are counsel is going forward, if any.

I look forward to hearing from you.

Best regards -
Maggie Tourtellotte

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1