IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET P. TOURTELLOTTE, ET AL.** | : : : | |
| v. | : : | CIVIL ACTION NO. 09-774 |
| **ELI LILLY AND COMPANY** | : | |

## ORDER

This 11th day of January, 2022, in response to Plaintiffs' email communication, Plaintiffs are granted an extension until February 15, 2022, to retain counsel.[1]

    /s/ Gerald Austin McHugh
United States District Judge

---

[1] Plaintiffs' communication appears to assume a right to have their case reheard. A retrial will not occur unless Plaintiffs first demonstrate that the formerly presiding judge's error with respect to financial reporting requirements materially affected disposition of the case.